No. D–1868. IN RE DISBARMENT OF KENYON. Karl L. Kenyon, of Anderson, S. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, re-

quiring him to show cause why he should not be disbarred from the practice of law in this Court.